# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | § § § | |
| vs. | § § | Case Number: SA:16-CR-00552(1) OLG |
| (1) KELVIN DESHONE THORNTON<br>*Defendant* | § § | |

## ORDER SETTING PRELIMINARY REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **09:00 AM, in Courtroom A, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX** on **Wednesday, October 26, 2016.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **12th day of October, 2016.**

*Pamela A. Mathy*
**PAMELA MATHY**
**U.S. MAGISTRATE JUDGE**

6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | NO: SA:16-CR-00552(1) OLG |
| | § § | |
| (1) KELVIN DESHONE THORNTON | § | |

### WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

_____          _____
**Date**                                                                **Defendant**

                                                                         _____
                                                                         **Name of Attorney for Defendant (Print)**

_____          _____
**Date**                                                                **Signature of Attorney for Defendant**